**MARKETING SERVICES, INC., a Corporation, Plaintiff— Appellant,**

v.

**OCEANIC FATS & OIL(S) PTE LTD, et al, Defendant,**

**Oceanic Fats & Oil(S) Pte Ltd, Defendant—Appellee.**

No. 03–60815.
Summary Calendar

United States Court of Appeals, Fifth Circuit.

March 25, 2004.

Nathan P. Adams, Jr., Mansour & Adams, Greenville, MS, for Plaintiff–Appellant.

Kevin P. Brown, Chicago, IL, Ernest Lane, III, The Lane Law Firm, Greenville, MS, for Defendant–Appellee.

Before EMILIO M. GARZA, DEMOSS, and DENNIS, Circuit Judges.

PER CURIAM:*

We AFFIRM for the reasons given by the district court. *See* 5th Cir. Rule 47.6.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.